FILED

# UNITED STATES DISTRICT COURT

for the

District of

2020 JAN 21 PM 1:19

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Division

Miranda Alexis Hunt

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Wood Personnel Services,
Todd Drumright, CsP
Karen Wells, Regional Manager

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **03-20 0053**

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Miranda Hunt |
| Street Address | 124 Fairfield Ave Unit D |
| City and County | Nashville, Davidson |
| State and Zip Code | TN 37210 |
| Telephone Number | (615) 584-4850 |
| E-mail Address | mirandahnt@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name    Wood Personnel Services, LLC

Job or Title *(if known)*

Street Address    63 E Thompson Ln Suite 111

City and County    Nashville, Davidson

State and Zip Code    TN 37211

Telephone Number    (615) 399-0006

E-mail Address *(if known)*

Defendant No. 2

Name    Karen Wells

Job or Title *(if known)*    Regional Manager of Wood Personnel

Street Address    63 E Thompson Ln Suite 111

City and County    Nashville, Davidson

State and Zip Code    TN, 37211

Telephone Number    (615) 399-0006 / (615) 818-8540

E-mail Address *(if known)*    kwells@woodpersonnel.com

Defendant No. 3

Name    Todd Drumright

Job or Title *(if known)*    CSP of Wood Personnel Services

Street Address    63 E Thompson Ln Suite 111

City and County    Nashville, Davidson

State and Zip Code    TN 37211

Telephone Number    (615) 399-0006

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Leetha Productions & Manufacturing |
| Street Address | 300 Confederate Dr. |
| City and County | Franklin, Williamson |
| State and Zip Code | TN, 37064 |
| Telephone Number | (615) 794-2531 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
United States labor law, Occupational Safety & Health Act 1970

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Other acts *(specify)*: Proper termination procedure was not followed

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

May 31st 2019 , December 30th 2019

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race

☐ color

☑ gender/sex

☐ religion

☐ national origin

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

I was the only minority in a leadership role, A week after my dismissal I was finally given the explaination that the client, Lasko, said I would not be a good fit. I recieved employee of the month May 8th 2019, and offered a promotion a week later, So I'm sure that is false. I have written proof that Lasko did not sign off or suggest my dismissal.

After that assignment ended I was advised by Karen Wells to call the Branch and be reassigned somewhere else. After weeks of getting the run around about job replacement I gave up. During this period my peers where being contacted about open positions, but I was constantly lyed to about available jobs. I contacted the EEOC in regard to this matter and was granted a right to sue. Since filing this charge I went back to Wood Personnel for employment and was told since filing an initial complaint with the EEOC, that Todd Drumright had in fact added by name to a "Do Not Use" list permanetly.

I never violated any company policy, I was praised daily for my work ethic, (proven by employee of the month award & promotion). The procedures for termination as explained to me by Jonathan McNutt of Wood personnel are as follows:

1) Verbal
2) Written
3) Final/Term

None of that process was implemented in order of my dismissal

May 13 2019, I was verbally attacked by an employee, Per the convo with HR that employee was to be terminated. May 16th 2019 I was promoted to Wood Personnel liason on site at Lasko. I recieved very limited vague training for my new role, On May 31st I followed up with Linda Gilbert of Lasko's HR dept in regard to the employee whom assaulted me still being employed. I was dismissed from my assignment without cause. I feel I was let go because I was the only minority in leadership

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)* Continued on separate sheet.

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10/22/19

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 10/22/19 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Loss of wages 5,000 x 2 (10,000) had to take out very expenisive loans to pay bills. Still in debt because of them

Damages for gross negligence (10,000) -I was verbally/physically assaulted while on the clock, and no recourse was taken

Discrimination (15,000) -I was let go because of my race & gender black women are not respected at this company.

Retaliation of filing EEOC Suite (15,000) After filing an EEOC Charge I was blacklisted by the company. I was also retaliated against for following up

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Jan 21, 2020_

Signature of Plaintiff

Printed Name of Plaintiff _Miranda Hunt_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Miranda A. Hunt<br>124 Fairfield Ave<br>Apt #D<br>Nashville, TN 37210 | From: Nashville Area Office<br>220 Athens Way<br>Suite 350<br>Nashville, TN 37228 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2019-01940 | Troy D. Shick,<br>Investigator | (615) 736-5672 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Xylvia D. Hree-Harder*

Deborah K. Walker,
Area Office Director

OCT 2 2 2019

(Date Mailed)

Enclosures(s)

cc:
WOOD PERSONNEL SERVICES
c/o Human Resources Director
63 Thompson Ln
Nashville, TN 37211